UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Odens Family Properties, LLC, | ) | Court File No.: 0:06-CV-1445 MJD/AJB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| Twin Cities Stores, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Upon the foregoing Stipulation, it is hereby

ORDERED that judgment be entered dismissing the above matter on the merits and with prejudice and without costs to either party.

Dated this __24th_ day of __July_, 2006.

BY THE COURT:


__s/Michael J. Davis_____
The Honorable Michael J. Davis
Judge of the United States District Court
District of Minnesota